1 | ASCENSION LAW GROUP
2 | PAMELA TSAO (266734)
3 | 17802 Irvine Blvd.
    | Suite 117
    | Tustin, CA 92780
4 | PH: 714.783.4220
    | FAX: 888.505.1033
5 | Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff JOHN HO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual, | Case No.: 8:21-cv-01096-JLS-ADS |
| Plaintiff, | **NOTICE OF CONDITIONAL SETTLEMENT** |
| vs. | |
| WILLIAM S KANG, an individual; and MARGARET KANG, an individual; | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: July 28, 2021

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

JOHN HO

---

**NOTICE OF CONDITIONAL SETTLEMENT**
**8:21-CV-01096-JLS-ADS**