ASCENSION LAW GROUP
PAMELA TSAO( 266734)
12341 Newport Ave.,
Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff JOHN HO

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WILLIAM S KANG, an individual; and MARGARET KANG, an individual;<br><br>　　　　Defendants. | Case No.: 8:21-cv-01096-JLS-ADS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>[Assigned to Hon. Josephine L. Staton] |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**8:21-CV-01096-JLS-ADS**

**PLEASE TAKE NOTICE** that Plaintiff JOHN HO ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

(a) **Voluntary Dismissal.**

(1) By the Plaintiff.

(A)   *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant WILLIAM S KANG, an individual; and MARGARET KANG, an individual (collectively, "Defendants"). have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendants may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: April 4, 2022

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

John Ho

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**8:21-CV-01096-JLS-ADS**